UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**FREDRICK MICHAEL WENGER, JR.**,    Civil Case No. 2:11-CV-01502-KI

      Plaintiff,

                              JUDGMENT

               v.

**RICK COURSEY**,

      Defendant.


    Thomas J. Hester
    Assistant Federal Defender
    101 SW Main Street, Suite 1700
    Portland, Oregon  97204

        Attorney for Plaintiff


    Ellen F. Rosenblum
    Attorney General

Page 1 - JUDGMENT

Samuel A. Kubernick
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that petitioner's habeas corpus petition [2] is denied, and this proceeding is dismissed with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

    Dated this    9th    day of October, 2013.

                                     /s/ Garr M. King
                                     Garr M. King
                                     United States District Judge